JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RAMIREZ ALVIZAR, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>SAMUEL PAUL CAMBRON, et al.<br><br>Defendants. | Case No.: 5:22-CV-01837-JFW(KKx)<br>[Assigned to Hon. John F. Walters Courtroom "7A"]<br><br>**ORDER RE STIPULATION TO DISMISS ENTIRE ACTION** |

Having considered the Stipulation of Dismissal filed by the parties to this action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby GRANTS the request. This action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: November 1, 2023

_____
Hon. John F. Walters
UNITED STATES DISTRICT JUDGE